| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stella A. Havkin, #134334<br>Havkin & Shrago Attorneys at Law<br>5950 Canoga Avenue, Suite 400<br>Woodland Hills, CA 91367<br>Telephone 818 999-1568<br>Facsimile  818 305-6040<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO VALLEY DIVISION**

| In re:<br>Osnat Bentov<br><br><br><br><br>Debtor(s). | CASE NO.: 1:17-bk-10437-MB<br>CHAPTER: 13<br><br>**MOTION TO COMMENCE LOAN MODIFICATION MANAGEMENT PROGRAM** |
|---|---|

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

1. The debtor(s) hereby moves this court for an order to commence the Loan Modification Management Program ("LMM") with respect to real property located at (*address of property*) 6200 Corbin Avenue, Tarzana, CA 91356 ("Real Property") on the grounds set forth below:

2. The creditor with a secured claim on the Real Property is  Wells Fargo Bank, N.A. and is            and [is / is not] registered on the Portal.

3. The creditor is the holder of a [first / second / third] deed of trust on the Real Property.

4. A completed and executed *Certification of LMM Eligibility and Readiness (*Form LMM 4001-1.6.CERT.ELIG.READ) and a proposed *Order Granting/Denying Motion to Commence Loan Modification Management Program* (Form LMM 4001-1.6.ORDER.LMM) are attached to this Motion.

5. Any response to the Motion and request for hearing must filed within fourteen (14) days of service of the Notice of Motion and Motion.

WHEREFORE, debtor(s) prays that this court issue an order authorizing the commencement of the LMM.

Date: 04/04/2018

Respectfully submitted,

Havkin & Shrago
Printed name of law firm

/s/ Stella Havkin
Signature

Stella Havkin
Printed name of Debtor/trustee

## CERTIFICATION OF LOAN MODIFICATION MANAGEMENT ELIGIBILITY AND READINESS

**CERTIFICATION OF THE DEBTOR(S)**

[I Osnat Bentov_____ am / We _____ and _____ are] the [debtor / debtors] in this case and hereby certify that:

1. [I / We] will participate in the court's *Loan Modification Management Program* ("LMM") in good faith.

2. [I / We] understand and agree to the ongoing obligation to promptly provide information and documentation that may be reasonably requested by the creditor whose secured claim [I / We] seek to modify (the "Creditor") during the LMM process.

3. [I / We] will make (or cause to be made) adequate protection payments to the Creditor in the amount of $ 3,000.00____ each month during the LMM period, unless and until otherwise ordered by the court.

4. [I / We] understand that commencing the LMM is voluntary, and that [I am / we are] not required to enter into any agreement or settlement with any other party, and no other party is required to enter into any agreement or settlement with [me / us] as part of the LMM.

5. [I / We] understand that [I am / we are] not required to request dismissal of this case as part of any resolution or settlement that is offered or agreed to during the LMM.

6. [I / We] understand that if [I / we] do not fully comply with the requirements of the LMM, our participation in the LMM may be terminated.

7. [I / We] have completed the Document Preparation Software and have paid the non-refundable fee directly to the Document Preparation Software approved vendor. [My / Our] Initial LMM Package has been completed and ready for signature and submission. Attached is the Certification of Document Preparation [I / we] received upon completion of the Document Preparation Software.

8. [I / We] understand and agree that upon issuance of an order approving this Motion, [I / we] will be required to pay (i) a non-refundable portal fee directly to the approved Portal vendor, and (ii) $300 to the Program Manager (representing one half of the Program Manager fee).

9. Prior to filing the Motion for Loan Modification Management, [I / we] determined that: (select one)

   [X] the Creditor is already registered with approved Portal.

   [ ] the Creditor is not registered with the approved Portal. [I / We] request the Court require the Creditor (and the Creditor's California counsel, if applicable), within ten (10) days after the entry of an order approving this Motion, to register with the Portal and provide Creditor's most current Initial LMM Package to the Program Manager, who will promptly post same on the Portal.

Date: 04/04/2018_____         _____ -Osnat Bentov
                                              Debtor

Date: _____                    _____
                                              Joint Debtor (if any)

LMM 4001-1.6.CERT.ELIG.READ



# Certification of Document Preparation

This *Certification of Document Preparation* shall confirm that the following borrower has successfully completed docUmods:

- **Borrower Name**:  Osnat Bentov
- **Mailing Address:**  6200 Corbin Avenue, Tarzana, California 91356
- **Property Address:**  6200 Corbin Avenue, Tarzana, California 91356
- **Bankruptcy Jurisdiction:** California - Central - Woodland Hills
- **Bankruptcy Case No.:**  1:17-bk-10437-MB
- **Mortgage Servicer:**  Wells Fargo Home Mortgage / America's Servicing Company
- **Mortgage Loan No.**: 0484552351
- **Invoice No.:**  DOCUMODS040420180019

Please be sure to sign and date all forms and gather all supporting documents.

Sincerely,

Default Mitigation Management LLC

## DECLARATION OF OSNAT BENTOV

I, Osnat Bentov, declare as follows:

1. I am the Debtor in this case. All of the facts stated herein are true and correct to the best of my personal knowledge and if called as a witness could and would competently testify thereto.

2. I previously applied for a loan modification with Wells Fargo. The application was denied because Wells Fargo wanted the 2017 tax returns for both myself and my business. I have now completed both those returns and I am resubmitting my loan modification application. I believe that I qualify for a loan modification based on the criteria discussed with Wells Fargo.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2018, at Woodland Hills, California.

_____
OSNAT BENTOV

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5950 Canoga Avenue, Suite 400, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (*specify*): Motion to Commence Loan Modification Program
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/04/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

havkinlaw@earthlink.net; stella@havkinandshrago.com      ustpregion16.wp.ecf@usdoj.gov
cacb  ecf  sv@ch13wla.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/04/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Elizabeth Rojas Chapter 13 Trustee
15060 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/04/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor(s)  (VIA E-MAIL; ADDRESS PROTECTED BY ATTORNEY-CLIENT PRIVILEGE)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/04/2018 | Stella Havkin | /s/ Stella Havkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                            **F 9013-3.1.PROOF.SERVICE**

Austin Johnson
20929 Costanso Street
Woodland Hills, CA 91364

Franchise Tax Board
227 N. Broadway, Rm. 5
Los Angeles, CA 90012-3203

Internal Revenue Service
300 N. Los Angeles Street, MS-5027
Los Angeles, CA 90012

Los Angeles County Tax Collector
225 N. Hill Street, Rom 122
Los Angeles, CA 90012

Wells Fargo Bank
P.O. Box 95225
Albuquerque, NM 87199-5225